UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI, ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | 3:07-cv-01074 (JCH) | |
| ) | | |
| ) | | |
| DEPARTMENT OF HOMELAND ) | | |
| SECURITY, ET AL., ) | | |
|     Defendants. ) | August 17, 2009 | |
| ) | | |
| ) | | |

## PLAINTIFF'S MOTION TO SEAL

Plaintiff Rashad El Badrawi, by undersigned counsel, moves the Court for an order sealing the following documents:

1. Documents produced to Plaintiff by Defendant United States under this Court's Standing Protective Order. Dkt. 139. *See* Ex. 1-5, 13-15.

2. Portions of a deposition transcript referring to documents produced under this Court's Modification of Protective Order. Dkt. 159. *See* Ex. 6.

3. A declaration that refers to a conversation referring to documents produced under this Court's Standing Protective Order. Dkt. 139. *See* Ex. 11.

4. An email that refers to documents produced under this Court's Standing Protective Order. Dkt. 139. *See* Ex. 16.

5. The Memorandum of Law in Support of Plaintiff's Motion to Compel, which contains numerous references to and descriptions of material contained in documents produced under the Court's protective orders, as well as references to

1

and quotations from a deposition that at this time remains designated Attorneys' Eyes Only.  *See* Dkt. 160 at US185-86, US188; Ex. 6.

Plaintiff files this motion to prevent disclosure of documents and information produced by the United States to Plaintiff under this Court's Standing Protective Order, Doc. 139, and Modification of Protective Order, Doc. 159. Plaintiff's counsel contacted counsel for United States, Brant Levine, by email on Friday, August 14, 2009, and by telephone on Monday, August 17, 2009.  Mr. Levine confirmed that Plaintiff has standing consent from the United States to file under seal any documents produced under the either of the protective orders, and any documents or motions referring to such protected documents.

Respectfully submitted,

BY: _____/s/_____
Michael J. Wishnie, Esq., Federal Bar No. ct27221
Hope Metcalf, Esq., Federal Bar No. ct27184
Anya Bernstein, Law Student Intern
Grant Martinez, Law Student Intern
Daniel Mullkoff, Law Student Intern
Stephen Poellot, Law Student Intern
ALLARD K. LOWENSTEIN INTERNATIONAL HUMAN RIGHTS CLINIC
NATIONAL LITIGATION PROJECT
127 Wall Street
New Haven, Connecticut 06511
(203) 432-9122

Counsel for Plaintiff

## CERTIFICATION

I hereby certify that on August 17, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. On August 17, 2009, a copy of the foregoing was also delivered to the Clerk of the Court, and to the Chambers of Judge Janet C. Hall, at the Brien McMahon Federal Building, 915 Lafayette Boulevard, Bridgeport, CT 06604.

BY: ____/s/_____
Michael J. Wishnie, Esq., Federal Bar No. ct27221
Hope Metcalf, Esq., Federal Bar No. ct27184
Anya Bernstein, Law Student Intern
Grant Martinez, Law Student Intern
Daniel Mullkoff, Law Student Intern
Stephen Poellot, Law Student Intern
ALLARD K. LOWENSTEIN INTERNATIONAL
HUMAN RIGHTS CLINIC
NATIONAL LITIGATION PROJECT
127 Wall Street
New Haven, Connecticut 06511
(203) 432-9122

Counsel for Plaintiff