UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI : | |
| *Plaintiff* : | CIVIL ACTION |
| : | 3:07-CV-01074-JCH |
| v. : | |
| : | |
| : | |
| DEPT. OF HOMELAND SECURITY, ET AL : | |
| : | |
| *Defendants* : | September 10, 2010 |

## STATE DEFENDANTS' EXHIBIT LIST

1. Plaintiff's Medical intake health screening form

2. Plaintiff's Mental health screening intake form

3. Plaintiff's Health problem list

4. Plaintiff's Physician orders

5. Plaintiff's Inmate request form

6. Plaintiff's Medication Administration Record

7. Plaintiff's Clinical Record

8. Plaintiff's Acknowledgment of receipt of HCC handbook

9. Plaintiff's religious designation form

10. Plaintiff's housing assignment

11. 2003 HCC handbook

12. DOC Administrative Directive 10.8 (as of 2004)

13. DOC Administrative Directive 10.8 (current 2005)

14. DOC – UCHC Memorandum of Understanding

15. DOC Ramadan Guidelines 2004

16. DOC Ramadan Guidelines 2004 (with marked up)

17. HCC Ramadan Statistics 2004

18. November 2004 Report of Imam Durmas Avci

19. DOC Ramadan Guidelines 2005

20. Memorandum from Father Bruno re: Chaplain monthly reports, dated December 8, 2004

21. Email from Chaplain Colon to Father Bruno, dated October 20, 2004

22. HCC Dorm 3, Log Book entries 10-29-2004

23. HCC Dorm 3, Log Book entries November 2004

24. Expert Report of Edward A. Blanchette , M.D.

25. Excerpts from Plaintiff's Interrogatory responses

26. Plaintiff's Medical Records

27. Subpoena of Pharmacy Records

28. DOC Imam Quarterly Denominational Meeting Minutes, dated September 22, 2004

29. Memorandum from DOC Imams regarding Ramadan Guideline, dated October 20, 2003

30. Excerpts from Plaintiff's Deposition

31. Excerpts from Avci Deposition

32. Declaration of Father Anthony Bruno

33. Declaration of Charles Lee

34. Declaration Reverend Albert Pitts

35. Declaration of Thomas McGrail

Respectfully Submitted,

DEFENDANTS
CHARLES LEE, ALBERT PITTS AND
THOMAS MCGRAIL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:/s/*Maura Murphy Osborne*

Maura Murphy Osborne
Assistant Attorney General
Federal Bar No. ct19987
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5020
Fax: (860) 808-5347
Maura.MurphyOsborne@ct.gov

## **CERTIFICATION**

I hereby certify that on September 10, 2010, a copy of the foregoing Motion for Summary Judgment Exhibit List was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/*Maura Murphy Osborne*