# STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## EXHIBIT 11

# CONNECTICUT DEPARTMENT OF CORRECTION
# MISSION STATEMENT

The Department of Correction shall protect the public, protect staff, and ensure a secure, safe and humane environment for offenders in a climate that promotes professionalism, respect, integrity, dignity and excellence.

## HARTFORD CORRECTIONAL CENTER
## MISSION STATEMENT

Hartford Correctional Center, a component of the state of Connecticut, Department of Correction is committed to protecting the public and staff by providing a safe, secure, and healthy environment for all persons remanded to its custody, and to promoting the responsible behavior of each such individual. The Hartford Correctional Center is committed to carrying out the sentence imposed and during its term, to engaging the offender in a program of positive change toward the goal of responsible citizenship.

*****************************************************************************

# HARTFORD CORRECTIONAL CENTER
# INMATE HANDBOOK

The Inmate Handbook provides information about the Department of Correction and the operation of this facility. The Handbook will help you know what services are available and what your obligations are. You are responsible for familiarizing yourself with the contents of the Handbook.

You are subject by law to the authority of the Department of Correction, even if you have not been sentenced. You must comply with the rules of the facility. Staff will enforce the rules

If you respect the property of others and their privacy, comply with the rules of the facilit obey the orders of staff, more opportunities for personal development will be open to you. The time you spend here can be productive, if you are determined to make it so.

Charles Lee, Warden

Rev. 5-03

1

SD005497

Hartford Correctional Center is a Level 4, pretrial, male facility.  The mailing address is:

Hartford Correctional Center
177 Weston Street
Hartford, CT  06120

Terminology:

Throughout this Handbook the word "cell" will be used to mean "cell" or "dorm cubicle" as it applies to you.

# TABLE OF CONTENTS

**PART I: Facility Operating Procedures**

| Sec. No. | Title of the Section | Page#: |
|---|---|---|
| 1. | Addressing Staff | 4 |
| 2. | Following Orders | 4 |
| 3. | Personal Conduct | 4 |
| 4. | Personal Safety | 4 |
| 5. | Identification Card | 4 |
| 6. | Pass System | 4 |
| 7. | Rules and Regulations Count; Contraband and Search; Clothing/Accessory; Personal Hygiene; Housing Rule; Fire Safety; Movement and Corridor; Dining Area; Work/School | 4-7 |
| 8. | Disciplinary Action/Code of Penal Discipline | 7 |
| 9. | Security Risk Groups/Gangs | 7,8 |
| 10. | Housing Assignment | 8 |
| 11. | Personal Property | 8,9 |
| 12. | Information, Problem Solving, Request System, Grievances | 9 |
| 13. | Maintenance | 9 |

**PART II: Facility Services**

| | | |
|---|---|---|
| 1. | Classification | 9,10 |
| | Orientation; Classification Committee; Counselor; Transfer; Master File; Appeal | |
| 2. | Sentence Computation and Credits | 10 |
| | Statutory Good Time; Pre-sentence Credit, Jail Credit Good Time; 7-Day Job Credit; OMGT | |
| 3. | Religious Services | 10 |
| | Schedule; Religious Articles; Marriage; Department at Services | |
| 4. | Health Care Services | 11 |
| | Americans with Disabilities | |
| 5. | Food Services | 11 |
| | Common Fare Diet | |
| 6. | Recreation | 12 |

SD005498

6.    Recreation..................................................................12
7.    Inmate Account............................................................12
      Incoming Funds; Outgoing Funds
8.    Commissary................................................................12
9.    Mail......................................................................12,13
10.   Visiting..................................................................14,15
11.   Telephones................................................................15
12.   Laundry...................................................................16
13.   Barber Services...........................................................16
14.   Library...................................................................16,17
      Publication Orders; Access to Publications
15.   Photocopying..............................................................17
16.   Notary Public.............................................................17
17.   Release on Bond...........................................................17
18.   Court Trip................................................................17
19.   Orientation...............................................................17
20.   Property Loss.............................................................17

PART III : Facility Programs
1.    General...................................................................18
2.    Education.................................................................18
3.    Work Assignment...........................................................18
4.    Addiction Services........................................................18
5.    HIV Counseling............................................................
6.    Furlough..................................................................19
7.    Community Release.........................................................19

PART IV: Outside Services and Programs
1.    Parole....................................................................20
2.    Sentence Review...........................................................20
3.    Pardon....................................................................20
4.    Inmate Legal Assistance...................................................20
5.    Correctional Ombudsman....................................................20
6.    Speedy Trial..............................................................20
7.    Families in Crisis........................................................21
8.    Clergy Visits.............................................................21
9.    Social Security...........................................................21

APPENDIX A – PROPERTY MATRIX....................................................21,22
APPENDIX B – INMATE GRIEVANCE PROCEDURE SUMMARY.................................21

References in the Handbook: Some sections in the Handbook are followed by a reference, e.g., (E.
A.D. 9.5 Code of Penal Discipline). The A.D. refers to Administrative Directive; the number is the number of the
Administrative Directive, followed by the title of the directive. The reference CGS Sec. 18-7 is a reference to
Connecticut General Statutes, and the relevant State Administrative Regulations are maintained in the l.....

# PART I
## FACILITY OPERATING PROCEDURES

1

SD005499

1. __ADDRESSING STAFF.__ Staff should be addressed by title: "Officer (name)," "Lieutenant (name)," "Captain (name)," "Counselor Supervisor (name)", "Major (name)", "Warden," etc. If you do not know the title, address the staff as "Mister or Ms. (name)." If you do not know the name, use "Sir" or "Ms.".

2. __FOLLOWING ORDERS.__ You must obey any order issued to you by a staff member. If more than one order has been given, obey the last order. Failure to comply with an order will result in disciplinary action.

3. __PERSONAL CONDUCT.__ You are required to conduct yourself in a responsible manner.
   A. You are not permitted to engage in behavior that disrupts the order of the facility, threatens security, endangers the safety of any person or imperils State or personal property.
   B. You are not permitted to make sexually suggestive remarks or gestures to any person.
   C. You are not permitted to make excessive noise or to use profanity.

4. __PERSONAL SAFETY.__ If you believe that your safety is at risk, report your concerns to a staff member. The Department and this facility are committed to ensuring your safety.

5. __IDENTIFICATION CARD.__ You will be issued an Identification Card (ID) which must be clipped to your shirt pocket whenever you are outside your Housing Unit. If a staff member asks you for your I.D. card you must surrender the card.
   A. Failure to carry your ID card or to surrender it to a staff member; or possession of another inmate's I.D. card or of a duplicate of your own; or defacing, tampering with, or altering your I.D. card, is prohibited and will subject you to disciplinary action.
   B. If you lose, misplace, destroy or alter your I.D. card, you must report it to the Housing Officer. You will be assessed three dollars ($3) if your I.D. card is lost, misplaced, destroyed, or altered.

6. __PASS SYSTEM.__ An inmate going from one place to another within Hartford CC. must have a signed pass in his possession, except during mass movement such as to and from meals, work areas, and recreation. The pass must be signed by a staff member at the place of departure and at the place of arrival. If you are in an area that you are not authorized to be in or if you do not have a proper pass, you will be subject to disciplinary action.

A. __Work I.D. Cards.__ A Work I.D. cards enables the worker to move about the facility to perform work assignments during his working hours without having to obtain a signed pass. A Work I.D. cards are issued to inmates assigned to certain jobs: yellow for inside work details; green for outside clearance workers. The rules governing I.D. Cards apply to the Work Identification Cards.

7. __RULES AND REGULATIONS.__ Compliance with the rules and regulations is essential to the good order of the facility and the mutual well being of all. Failure to comply with the rules may subject you to disciplinary action.

A. __Count.__ Counts are conducted at various times during each day. During each count you must be in your cell or on your assigned bunk, unless you are excused by the Officer taking the count, and you must remain clearly visible to the officer. If you are away from your Housing Unit, follow the count instructions of the officer taking the count. Movement, talking, or noise is not allowed while the count is in progress. Your cell light will be turned on during a count if the Officer deems it necessary. If a recount is necessary, you must repeat the count procedure.

B. __Contraband and Search.__
   1. You are prohibited from having or using contraband. Contraband is anything not authorized to be in your possession or anything used in an unauthorized or prohibited manner. In general, an item is contraband if it has:
      (1) not been issued by the facility,
      (2) not been approved by staff as incoming property,
      (3) not been purchased at the commissary, or
      (4) been altered in any way; or if the amount in your possession exceeds the authorized limit.

4

SD005500

(Reference: A.D. 6.10, Inmate Property)

2. Materials, symbols, colors or pictures involving any Security Risk Group are contraband.

3. Institutional equipment and supplies found in an inmate's possession in other than the authorized area are contraband.

4. You, your cell, and your property are subject to search by staff at any time. Searches may be conducted with or without the inmate present. All areas of the facility including your Housing unit, work area, and personal property are subject to search at any time by a staff member. (Reference: A.D. 6.8, Searches and Urinalysis)

C. Clothing/Accessory Regulations.

1. You are required to wear the "Uniform of the Day" outside of your Housing Unit. The "Uniform of the Day" includes at a minimum: shirts, pants, shoes (sneakers if authorized) and socks. If you do not have the clothing necessary to meet the Uniform of the Day requirement, contact your unit officer. Possession of another inmate's clothing or clothing items is not permitted and will subject you to disciplinary action.

2. Unless otherwise authorized, the "Uniform of the Day" will be as follows:

    a. Standard-state issued shirt and pants (T-shirt, if authorized, seasonal outer garment.

    b. Kitchen Workers: White shirt and checkered pants.

    c. Youthful Offender: White jump suit

    d. High Security: Yellow jump suit

    e. State issue baseball type caps and authorized religious headwear.

3. You must wear your clothing in the way it was designed to be worn; shirts and pants must be fully buttoned and shirts must be tucked in. You must be decently clothed outside of your cell or showers. Wearing dirty or soiled clothing is not permitted.

4. Alteration or mutilation of state issued clothing items is prohibited.

5. Sandals/slippers may only be worn inside your Housing Unit, unless prescribed by the Health Services Unit

6. Only baseball type caps and authorized religious headgear may be worn outside of your Housing Unit Bandanas, homemade caps, and knit or stocking caps are not permitted. Alterations of any authorized headgear are not permitted.

7. Only prescription eyewear may be worn. Sunglasses are not permitted, unless medically prescribed

8. Clothing purchased at the Commissary may only be worn during recreation or in the Housing Unit.

D. Personal Hygiene.

1. You must maintain a satisfactory level of personal hygiene.

2. Hair, beards, and mustaches must be trimmed to meet the standards of hygiene and work safety.

E. Housing Rules. The word "cell" is used here, and throughout the Handbook, to mean cell" or "dorm cubicle" as it applies to you.

1. You are responsible for the contents of your cell. Contraband found in your cell is your responsibility Search your cell thoroughly when you move in. If you find contraband, notify the Housing Unit Officer immediately.

2. You are not permitted to enter any cell other than the one assigned to you. You are not permitted to enter any housing unit other than your own.

3. You are not permitted to loiter on any tier. You are not permitted to enter any tier other than your own unless authorized by staff. You are not permitted to enter any dorm cubicle other than the one assigned to you You must report directly to the day room or your cell.

4. You must keep your cell clean. Trash should be removed daily by discarding it in the Trash bins. Food items must be properly stored in your locker or cubicle drawer. Your bed must be made when you get up each day. Inmates are not permitted to bring any food or drink back to their living areas from meals. The only food or drink items permitted in living areas are commissary purchased items in their appropriate containers.

5. You must lock the door of your cell or your cubicle , as applicable before you leave your Housing Unit. You must lock your cell when showering and when using the telephone. Frequent movement in and out of your cell requiring Unit Staff to repeatedly open your door may result in restrictions on entry and exit

6. Audio equipment (including TV) must be used with earphones

7. You are not permitted to communicate in any way through outside windows.

8. You are not permitted to rig an antenna, or alter an authorized antenna

9. If you are assigned to a dormitory and do not attend the meal, you must stay on your bunk during the count time. If you are assigned to a cell and do not attend the meal, you will be confined to your cell during the meal

SD005501

time.

10. You are not permitted to display pictures on any portion of cell wall/bunk area.

11. You are not permitted to cover light fixtures, or hang drapery over the front of your cell door or window, or obstruct an open view into your cell.

12. You are not permitted to cover your bed in a tent fashion. Nothing may be affixed to any part of the bunk, wall, desk, or ceiling.

13. You are not permitted to wash clothing in any slop sink.

14. You are not permitted to tamper with, block, remove or alter the vents in your cell.

15. You are not permitted to remove, damage or tamper with facility equipment.

16. The audio of day room televisions may not exceed moderate volume. Program selection is by majority vote.

17. At the time recall is announced, you are to report to your cell or cubicle immediately. When count is called there is to be no movement. (If count exceeds 30 minutes, the unit officer will allow limited movement to and from the rest rooms providing your unit is not directly involved in the count delay.)

18. Check with your housing unit officer as to the time schedule for televisions, showers, haircuts, laundry, sick call, commissary and counselor.

F.   Fire Safety.

1. You must maintain a fire safe condition in your cell. You are not permitted to have flammable materials or an excessive amount of paper.

2. You must familiarize yourself with the fire exits you regularly use.

3. You must participate in any fire drill.

4. You must only use an approved extension cord.

5. You must not tamper with the electrical wiring or electrical fixtures or appliances in any way.

G.   Movement and Corridor Regulations.

1. During movement you must walk at a normal pace. Neither running, malingering, nor loitering is permitted.

2. You are not permitted to walk more than two abreast.

3. You must maintain a distance of more than three (3) feet from any corridor gate when it is being opened or closed.

4. If an order to "CLEAR THE CORRIDOR" is issued, immediately follow the order.

5. If a "RECALL" order is issued, you must return to your Housing Unit immediately.

6. Portable radios or cassette players may not be played in the corridor.

H.   Dining Area.

1. You will have five (5) minutes after meal call to leave the unit before you are late. Being late may cause you to miss the meal.

2. Cutting in line is not permitted.

3. You are responsible for receiving a complete meal; only one (1) trip through the serving line is allowed.

4. No items may be taken into the dining area; no items may be removed from the dining area.

5. You must eat with your Housing Unit.

6. You will have fifteen (15) minutes to eat your meal.

7. You must take your tray and utensils to the scullery after you finish your meal .

8. You must leave the dining area after you finish eating and go to your assigned place

9. Meal Schedule:

Breakfast......5:45 a.m.  -  7:15 a.m.
Lunch.........11:30 a.m.  -  12:30 p.m.
Dinner.........4:30 p.m.  -  5:45 p.m.

I.   Work/School Rules.

1. You must be dressed in the "Uniform of the Day" for your respective work/school area

2. No unauthorized items may be taken to the work/school area, for example, non work related reading materials, coffee cups, Walkman, clothing, foodstuff.

3. No unauthorized item may be removed from the work/school area.

6

SD005502

4. At work, you are responsible for any tool issued to you. Upon receiving or returning any tool you must check the tool for any defects. If the issued tool is damaged or is not working properly during the work period, you must notify the issuing staff immediately. If you lose or intentionally damage any tool, you will be subject to disciplinary action under the charge of Destruction of Property. (As used in this subsection, the word "tool" means "tool and equipment".)

5. When School Call or Work Call is announced, you are to report to your work supervisor or teacher.

6. If you are unable to work or attend school, you must report to your teacher or supervisor.

J. **Visiting, Recreation, and Other Activities.**

The rules and regulations for other activities, services and programs are contained in sections that apply to them.

8. **DISCIPLINARY ACTION/CODE OF PENAL DISCIPLINE**

Violation of facility rules and/or commission of a disciplinary offense will subject you to disciplinary action under the Code of Penal Discipline. The Code of Penal Discipline establishes disciplinary offenses, authorizes actions and the process for adjudication. The Code of Penal Discipline is issued as an appendix to this Handbook. You are advised to familiarize yourself with the provisions of the Code. (Reference A.D. 9.5, Code of Penal Discipline)

**Punitive Segregation** This is imposed as disciplinary sanction. Placement on this status involves being moved to a designated Restrictive Housing Unit. The following privileges will be withheld: School, Work, Church, Bible Study (address Religious concerns to the appropriate Chaplain), Visits, (Professional and legal visits are allowed), Phone Calls, except attorney calls, Commissary (facility will provide hygiene items), Special Programs. Note: Inmates on this status shall be escorted at all times, eat in assigned cells, allowed one (1) hour out of cell Monday through Friday only. (shower and clean cell, etc.)

**Confinement to Quarters:** This is imposed as a disciplinary or informal disposition sanction. Inmates placed on this sanction are allowed out of their assigned cells or dorm cubicle one (1) hour per day Monday through Friday. The following privileges will be withheld: work (if the inmate is an assigned worker, he is not permitted to work while serving his sanction, but is allowed to return to work if the work assignment has not been filled). recreation, programs (NA, AA, school, etc.), phone calls, Bible Study (address Religious concerns to the appropriate Chaplain). Note: inmates on this status shall be escorted at all times. Inmates on C.T.Q. may receive attorney calls and visits in addition to one church service per week. Inmates assigned to school must attend school while on C.T.Q.

**Loss of Phone:** Inmates under this sanction may not make social phone calls . Requests for attorney calls are excepted from this. This is imposed as a disciplinary or informal disposition sanction.

**Loss of Recreation:** Inmates placed on this sanction are not allowed to recreate in the facility gym, outdoor recreation yard, or unit day room.

**Loss of Visits:** This is imposed as a disciplinary or informal disposition sanction. Inmates placed on this sanction are not allowed any social visits. Professional and legal visits will be permitted during regular visiting hours or upon prior approval from the Warden or designee.

**Loss of Commissary:** This is imposed as a disciplinary or informal disposition sanction. Inmates placed on this sanction are not allowed to submit a commissary chit.

**Loss of Social Correspondence:** This is imposed as a disciplinary or informal disposition sanction. Inmates placed on this sanction are not allowed to send or receive any social mail. Legal mail will be given to an inmate by a supervisor. Any mail that contains a money order will be held until the sanction is completed.

**Appeals:** You may appeal a disciplinary action by completing the Disciplinary Hearing Appeal form CN 9507, Attachment (G). Each unit shall provide Disciplinary Hearing Appeal forms, and mailboxes have been provided in all housing units for inmates to submit a disciplinary appeal. Disciplinary action resulting from a guilty plea shall not be subject to an appeal. The appeal must be submitted within 15 days of the receipt the Disciplinary Process Summary by the inmate. The Warden shall respond to any appeal within 30 business days of the receipt of the appeal.The appellate authority may alter disciplinary action in any way that serves the State's correctional objectives. The action of the Warden shall be final and not subject to further appeal.

9. **SECURITY RISK GROUPS/GANGS.**

A Security Risk Group is a gang that has been designated by the Commissioner as a posing threat to the safety of staff, the facility, inmates, or the community. There are two types of affiliation with a Security Risk Group

1. As a member, or
2. As a Safety Threat Member.

A. Member. A Member will be designated by the Warden and confirmed by the Director of Security on the basis of evidence that the inmate is affiliated with a Security Risk Group. Members are subject to restrictions

SD005503

in classification status, restrictions in work and program assignments, visiting restrictions, increased disciplinary sanctions, and exclusion from OMPA awards or good-time restoration.

B. Safety Threat Member. A Safety Threat Member will be designated by the Commissioner after a hearing, and an opportunity to appeal, on the basis that the inmate's own behavior or status within the Security Risk Group poses a threat to the safety of the staff, the facility, inmates or the community. Safety Threat Members are subject to more severe restrictions than members are. If you are designated a Security Risk Group Safety Threat Member, you will be informed of all restrictions.

C. Renunciation. A member, but not a Safety Threat Member, may renounce membership by submitting a letter to the SRG Coordinator requesting removal of such designation. Acceptance of a renunciation is at the discretion of the Commissioner's office.

D. Safety Threat Member Review. The status of a Safety Threat Member will be reviewed at least every six (6) months, and as new information becomes known. A Safety Threat member may request a review by submitting a statement to the Commissioner of why a review is merited.

Any gang that meets the criteria may be designated a Security Risk Group. You are advised to avoid membership or affiliation with any gang or gang member. If you have any questions, ask your Counselor. (Reference A.D. 6.14, Security Risk Groups)

10.   HOUSING ASSIGNMENT. Assignment to a Housing unit and to a specific bunk will be made at the discretion of the A & D Supervisor and/or the Shift Supervisor. Requests for housing changes should be written to the Unit Supervisor.

11.   PERSONAL PROPERTY. You are permitted to have personal property in your          possession subject to the property standards for the security level of the facility. The standards regulate the total volume of property, the type of property, the specific articles allowed, the quantity of each article, and the conditions of ownership/access. The allowable property for this facility is stated in the Property Matrix, Appendix A of this Handbook. (Reference: A.D. 6.10, Inmate Property)

A. Inmate's Risk of Possession. An inmate's property is retained at the inmate's own risk. The Department will not be responsible for any property personally retained by the inmate which is lost, stolen, damaged, consumed or discarded while in the inmate's cell or on the inmate's person. Inmate property must be packed up and brought down to the Property Room every day the inmate goes to court, including T.V., radio, shaver. The inmate forfeits any items left in the inmate's cell at the time of discharge from court or transfer to another institution. Transfer of property from one inmate to another is forbidden.

B. Markings. Electrical appliances will be permanently marked with the inmate's name and number. Any altering of inmate's name or number on electrical appliances will result in loss of said equipment.

C. Volume of Property. You are permitted to have six (6) cubic feet of property in your possession, of which no more than two (2) cubic feet may be Commissary. All property shall be stored in the provided wall lockers or in your cubicle drawer. Storage of property in cardboard property boxes is not authorized.

D. Transfer. If you transfer to another facility, you must pack all of your property, including court clothes, in the container provided to you and take it to the A & D Room for inventory. Under ordinary circumstances, your property will accompany you.

   1. If you have been transferred here and you have property at another facility, contact the Property Officer.

E. Unauthorized Property. Unauthorized Property is property that belongs to you that you are not permitted to have in your possession at this facility. Unauthorized Property will be disposed according to the Directive i.e. rings, bracelets, chains and earrings.

   1. Disposition of Unauthorized Property. Unauthorized Property must be disposed of. An inmate has three (3) options:
      a. Identify an approved visitor to whom the property can be released within thirty (30) days;
      b. Identify an approved charity to which the property may be donated;
      c. Authorize the facility to discard the item. Failure to select one of the above items will result in disposition at the Warden's discretion.

   2. Contraband. Unauthorized Property is different from contraband in that contraband is property found in your possession that you are not permitted to have. Possession of contraband will subject you to disciplinary action. (6.20, Sec. 9)

   3. Valuables. Valuable Property will be stored in a secure storage area in a separate envelope for each inmate and clearly marked. The inmate will be issued a receipt. You have ninety (90) days from date of discharge to pick up valuable property.

   4. Bulk Storage. Storage of non-valuable property (bulk storage) is authorized for pre-trial inmates and inmates on short-term restrictions. You have 30 days from the date of discharge to pick up bulk.

8

SD005504

(property.

F. **Clothing for Indigent Inmates.** All inmates admitted to HCC as a new commit shall be issued under clothing the next business day at orientation, as available. All requests after the initial issue will only be honored if the inmate is indigent.

12.   **INFORMATION, PROBLEM SOLVING, REQUEST SYSTEM, AND GRIEVANCES.**

A. **Information.**

1. **Bulletin Boards.** Bulletin Boards are located in the Housing Units and at various location throughout the facility. Only authorized material may be posted on a Bulletin Board; posting of unauthorized material will subject you to disciplinary action.

2. **Counselors.** If you need to know something that is not posted on the Bulletin Board, contact your counselor or other member of the Housing Unit staff who will either know the answer, or know where to get the answer.

B. **Problem Solving.** Most problems can be solved through verbal contact with the staff member in charge, the Housing Unit Officer, your counselor, or shift supervisor. Explain the problem and follow the advice or instruction.

C. **Inmate Request System.** The Inmate Request System provides a way of obtaining information or a written answer to a question or an issue about a policy, procedure or practice from as staff member, up to and including a Department Head. Department Heads are the persons who report directly to the Warden. Request Forms (FORM CN 9602) are available from the Housing Unit Officer. Any inmate currently in population who has no underwear must write a request to his assigned counselor. The counselor will verify that they meet the criteria for indigence as defined in Administrative Directive 6.10, then forward the request to the Laundry Supervisor for processing. The Request System serves as the Informal Resolution in the Inmate Grievance Procedure (IGP).

D. **Inmate Grievance Procedure.** The Inmate Grievance Procedure provides a way for you to obtain a formal disposition of an issue or a problem from the Warden or officials above the Warden. A summary of the Inmate Grievance Procedure explaining how to use it is included in Appendix B of this Handbook. Grievance Forms (FORM CN 9601) may be obtained from the Housing Unit Officer. Questions about the use of the Inmate Grievance Procedure may be sent to the Grievance Coordinator on a Request Form. A copy of the Inmate Grievance Procedure may be obtained on request to your Counselor. (Reference: A.D. 9.6, Inmate Grievance Procedure)

1. The name of the Grievance Coordinator is posted on the Bulletin Board.

2. **Emergency Grievance.** An Emergency Grievance is a grievance about something that:

a. Presents a threat of death or injury to you;

b. Presents a threat of disruption of the facility;

c. Endangers your physical safety or health including the administering of health preserving medications or lack thereof, or

d. Has become an emergency because the time is lapsing when meaningful action or decision is possible. Submit an Emergency Grievance directly to a staff member; do not deposit an Emergency Grievance in a Grievance Box.

13.   **MAINTENANCE.** You should report any equipment malfunction to Housing Unit Officer or a Work Supervisor.

# PART II
## FACILITY SERVICES

I.   **CLASSIFICATION.** Classification is the ongoing process of collecting and evaluating information about you to determine your risk needs level for purposes of deciding the facility where you will be housed, your job assignment, your treatment needs, and what programs would be suitable. (Reference: A.D. 9.2, Inmate Classification)

A. **Orientation.** Within two business days following your admission to this facility, you will be required to attend an orientation session. The purpose of this session is to inform you of how the facility works, what your obligations are, and what programs and services are available. Instructors will answer any questions you may have. If you are called for orientation you shall be responsible for contacting the Unit Counselor of your unit

B. **Classification Committee.** The Classification Committee is the committee of staff members that make decisions about your classification status: job placement, needs assessment, risk evaluation, program participation, etc. The Counselor Supervisor, Unit Supervisor or designee of the Warden chairs the Classification committee.

C. **Counselor.** You will be assigned to a Counselor. (1) Your Counselor will provide you with information about the operation of the facility and will assist you in adjusting to the facility and in taking advantage of

9

program opportunities available to you, (2)You will see the counselor at orientation on the first business day following admission based on which housing unit you are assigned to.

D. **Transfer.** Transfer decisions are made at the discretion of the Director of Offender Classification. If you want to be considered for a transfer, submit a request to your Counselor. (Reference A.D. 9.1, Population Management)

E. **Master File.** The facility maintains a record of the status of your pending charges and any sentence that may be in effect, and of your overall performance in a Master File. The Inmate Records Office maintains your Master File. Questions about information in your Master File should be directed to your Counselor.

F. **Appeal of A Classification Decision.** Classification decisions can be appealed to the Warden in writing within fifteen (15) days of the decision.

2.   **SENTENCE COMPUTATION AND CREDITS.** The Department of Correction is responsible for the computation of sentences. The Records Office will periodically issue a Time Sheet to sentenced inmates which will provide information about the computation of your sentence (s). Following is a description of factors that pertain to sentence computation.

A. **Statutory Good Time.** Statutory Good Time is good time earned each month during a service of a sentence *[Reference: C.G.S. Secs. 187 and 187a]*

B. **Presentence Credit (Jail Credit).** If your offense date is prior to 10/1/94, presentence Credit is credit for time spent in confinement prior to disposition of the charge on which sentence is imposed. *[Reference: C.G. S. Secs. 18-97, 18-98, and 18-98d(a)]*

C. **Jail Credit Good Time.** If your offense date is prior to 10/1/94, Jail Credit Good time is good time earned on Pre-sentence Credit. *[Reference: C.G.S. Secs. 18-98c and 18-98d(b)]*

D. **7 Day Job Credit.** If your offense date is prior to 10/1/94, 7 Day Job Credit is a commutation of sentence of one day for each seven (7) consecutive days of employment in a job designated as a 7 day job. *[Reference: CGS Sec. 18-98b]*

E. **OMGT.** If your offense date is prior to 10/1/94, OMGT is an outstanding performance of up to 120 days for each continuous term of confinement granted at the discretion of the Commissioner. *[Reference: CGS Sec. 8-98b]*

3.   **RELIGIOUS SERVICES.** Religious services activities are scheduled by the Religious Coordinator. *Reference: A.D. 10.8, Religious Services]*

A. **Schedule.** A schedule of religious services and activities will be posted on your unit Bulletin Board at the beginning of each week. You may only attend a service for your declared religious affiliation.

B. **Religious Articles.**

1. To purchase religious articles, inmates must complete a "Religious Articles-General Population- All Levels Commissary Order Form". The Religious Coordinator distributes the religious article commissary form to the inmates. All religious articles not available on the form may be purchased via mail order with the written permission of the Deputy Commissioner of Programs. Request for purchasing religious books and publications should be made through your assigned counselor. Religious books and publications are subject to review by the Publication Review Committee.

2. An inmate may not receive donated tapes from any source.

3. Department of Correction policy is that all religious tapes must be purchased via mail order with the written approval of the Deputy Commissioner of Programs. The procedure is as follows:

A.   The inmate will receive written permission or denial directly from the Deputy Commissioner.

B.   A copy of the letter from the Deputy Commissioner will also be sent to the Lead Warden, the facility Warden, the Complex Religious Coordinator, and, if appropriate, the School Principal (See "F" below). The Facility Religious Coordinator will notify appropriate staff (e.g., Mail Room) to expect the tapes so they can be properly forwarded either to the Religious Coordinator's office, or the School, and not be erroneously rejected as unauthorized.

C.   The Religious Coordinator, another Chaplain designated by the Religious Coordinator, or another person designated by the Warden will review the tapes for safety and security issues.

D.   If there are no safety or security issues, the tape(s) will be given to the inmate according to the provisions of A.D. 6.10. Rejected tapes will be disposed of according to A.D. 6.10, Paragraph 27

E.   **Educational** religious tapes are ordered using the same procedure, but processing and review (step "D") take place in the School. Bona fide college Bible courses, theology courses, etc. would fit the description of "educational" religious tapes. These must be purchased. Paying tuition for a course will be considered "purchasing" the tapes. The Facility Religious Coordinator will verify that the tapes are "purchased" not donated.

SD005506

C. **Marriage.** A request to be married must be sent to the Religious Coordinator. [Reference: A.D. 10.9, Inmate Marriages]

D. **Attendance and Deportment at Religious Services.** You may not attend religious services if you are on any of the following statuses: Administrative Detention, Protective Custody, Punitive Segregation, Security Risk Group Safety Threat Member. If you engage in disruptive conduct during services, you may be suspended from attending for up to sixty (60) days. Those confined to an above listed status may address their pastoral needs via request to the Religious Coordinator.

4.    **HEALTH CARE SERVICES.** Medical, dental, mental health, pharmaceutical and optical services are available either through staff assigned to this facility, staff who regularly visit the facility, consulting staff or off grounds visit.

A. **Emergency.** If you have an emergency health problem or an injury, tell a staff member immediately. Emergency response is available 24 hours of everyday for real emergency.

B. **Access to Services.** Routine access to Health Care Services is through Sick Call. Inmates may sign up on the Sick Call List on your unit.

C. **Hours.** The Health Services unit is open 24 hours of every day. You are only permitted access into the Health Services Unit (1) if you have an appointment or (2) if you are called or taken to the unit by a staff member.

D. **Sick Call.** Sick Call is the opportunity for you to bring a non-emergency health problem to the attention of medical staff.

   1. Sick Call commences at 8:30 a.m. each weekday

   2. You must sign up for sick call by 6 a.m., 24 hours prior to the scheduled sick call day. The sign up sheet will be located at the officer's station in each Housing Unit (except Restrictive Housing).

   3. If you are a sentenced inmate you will be charged $3.00 for each time you are at Sick Call. If you are indigent you will not be charged for Sick Call. If the Medical Staff must see you on a follow-up visit, will not be charged for that visit.

   4. Remain in your Housing unit until you are notified to report to the Health Services Unit.

   5. Medication Pick up. Medication prescribed by the doctor at Sick Call will be ready for pick up the following day.

   *See Unit Posting for your Unit's Sick Call Day.*

E. **On Person Medication.** On person medication will be given to you in quantity. You must take the medication to the prescribed dosage and interval. Accumulating medication will subject you to disciplinary action.

   1. Refill Bags. Refills are done Monday through Friday. Medication refills may be turned in at the medication pass time or by placing the empty plastic bag on the health services request box located on your unit. Please do not wait until Friday afternoon for refills because you will not receive your refill medication until Monday afternoon.

F. **On Line Medication.** Online medication will be administered by medical staff on a per dosage basis. You must take the medication in the presence of staff.

   1. Inmates permitted to go to the Health Care Unit will do so via the pass system.

   2. Inmates whose movement is restricted will receive online medication at the cell.

G. **Medication Call.** Medication is dispensed only at Medication Call. Medication Call is announced at approximately 6 a.m., 12 noon and 6 p.m. every day.

H. **Dental.** Dental services are provided Monday - Friday 8 a.m. to 4:30 p.m. Inmates may request in writing to Health Services. An appointment will be scheduled. You will be called for an appointment when your turn comes. Sentenced inmates will be charged $3.00 for elective Dental Services.

I. **Mental Health.** Put a request for a consultation in the Health Services Request Box.

J. **Optical.** Put a request in the Health Services Request Box

K. **Americans with Disabilities.** Upon admissions to DXC, an inmate shall be provided with the Inmates with Disabilities Notice of Rights Under the Americans with Disabilities Act, CN101901, Attachment A and Request for Reasonable Accommodations, CN101902, Attachment B. The inmate shall be required to complete the Request for Reasonable Accommodations indicating whether or not the inmate requests accommodation. This will be provided to the inmate and completed during the Intake Health Screen. Medical staff will complete and forward the forms to the Unit Coordinator to review requests for accommodation    The Orientation Counselor will review and, if any inmates requires reason accommodations.

5.    **FOOD SERVICES.** Food services are the responsibility of the Food Service Supervisor.

11

SD005507

A. Common Fare Diet. A Common Fare Diet is a diet which meets all nutritional requirements and reasonably accommodates recognized religious dietary restrictions. To receive the Common Fare Diet you must have a pass. Requests for the Common Fare Diet must be sent to the Food Services Supervisor and approved by the Warden and his/her designee. You should be aware that the Master Menu provided by DOC meets all religious dietary restrictions.

6.　　RECREATION. Coordination of recreation activities is the responsibility of the Recreation Supervisor.
　　　A. General
　　　　1. Inmates must proceed quietly and orderly to and from all recreation areas.
　　　　2. "At Risk" activities are prohibited. Examples: (Wrestling/Flips)
　　　　3. Proper use of all equipment is required.
　　　B. Outdoors
　　　　1. Inmates must stay within the designated boundaries of the recreation yard.
　　　　2. ID's must be presented to the officer releasing inmates to the recreation yard.
　　　C. Gymnasium
　　　　1. Use of boundary lines is required.
　　　　2. No food or beverages permitted.
　　　　3. Identification cards are required to enter gym.
　　　　4. I.D. needed for any item loaned for the duration of the recreation period.
　　　　5. Only sneakers are permitted.
　　　　6. Appropriate clothing required.
　　　D. Special Events/Programs: Activities for students and workers will be scheduled by the Recreation Supervisor.
　　　*See Unit Posting for your unit's recreation schedule.*

7.　　INMATE ACCOUNTS. Each inmate will have an Inmate Account in which will be deposited any wages or allowances paid by this facility and any funds received from sources outside this facility.
　　　A. Incoming Funds. Incoming funds must be in the form of a money order, certified check, cashiers check, payroll check, or government check and must come from an approved visitor on your visiting list. These funds must be sent to our Central Lockbox. The address to be sent to is: Department of Correction, Inmate Trust Fund, P.O. Box 5656, Enfield, CT, 06083-5656. Any funds sent to HCC will be return to the sender. If the funds are unacceptable or the sender's information is incomplete, a Returned Letter of Funds Notification will be completed and a copy of the same will be sent to you. The unacceptable funds will be return to the sender. A receipt of incoming funds will be provided to you. Payroll checks subject to 10-15 day holds to clear the bank. Money Orders in excess of $250.00 are subject to a 10-day waiting period.
　　　B. Outgoing Funds. You may send funds from your Inmate Account to an approved recipient. Make arrangements through your counselor for all transactions except for books, publications, and subscriptions, which are handled, by the school principal.

8.　　COMMISSARY. The Commissary sells articles for your personal use. A list of articles for sale is posted in your Housing Unit. You must have money in your Inmate Account to use the Commissary. No more than fifty dollars ($50) may be spent each week, excluding the purchase of a television, radio, or shoes.
　　　A. Commissary Day. Commissary will be delivered to the entire facility every Wednesday. Any make-ups needed will be done sometime during the week.
　　　B. Placing an Order. All commissary slips will be picked up on Wednesday mornings.
　　　C. Substitutions. If a brand name is specified on the commissary order and the brand is out of stock, the order will not be filled unless your mark the order "or other", in which case a comparable brand will be supplied at the price of the substitute brand.
　　　D. Delivery. To receive your order you must:
　　　　1. Show your ID card,
　　　　2. Examine the contents of the package against the items charged
　　　　3. Sign for receipt of the package
　　　　4. Absences due to court or medical appointments will be delivered the following week. There is no recourse for error regarding items received after you have signed for the receipt. If you decline to accept the order, the entire order will be returned to the Commissary. If order is not properly filled it will be subject to rejection.

9.　　Mail. Inmate use of the mail is governed by State Regulations 18-81a28 through 18a81a18 and the 18-81-51,

SD005508

which are available in the Library. The information stated in this Handbook does not supersede or overrule those Regulations in any way, and is provided to guide your ordinary use of the mail. [Reference: A.D. 10.7, Inmate Communications]

A.  General.  You may write and receive an unlimited number of letters at your own expense. You may write to anyone except: a victim of any crime you have been convicted for or a criminal charge on which disposition is pending; any person under the age of eighteen (18), if the person's parent or guardian has objected to the correspondence in writing, an inmate in a correctional facility, except immediate family; a parolee or inmate in community confinement without the consent of the person's supervisor; when correspondence is restrained by court order; or when correspondence with a person or group has been expressly prohibited by the Warden

B.  Outgoing.  Stamped envelopes are available through the Commissary. You must address the envelope with the complete, legible address of the party you are corresponding with. You must put your own name, your inmate number, and the return address of the facility on the outside of the envelope. You may seal the outgoing correspondence.

C.  Incoming.  Incoming mail will be opened by mailroom personnel and inspected for contraband, but not read under Review Procedures. (See Section G below.) Funds will be removed from the envelope, deposited in your Inmate Account, and receipted.

D.  Privileged Correspondence.  Privileged Correspondence is correspondence to and from any state or federal court, any elected government official, the Commissioner of Correction or any appointee of the Commissioner, the Attorney General, the Board of Parole, the Sentence Review Board, the Commission on Human Rights and Opportunities, the Commissioner on Claims, the Board of Pardons, the Correctional Ombudsman, and attorneys.

  1. Privileged Correspondence must be clearly marked as privileged.

  2. Incoming Privileged Correspondence will be opened in your presence and the envelope inspected for contraband, but not read. Inadvertent opening outside of your presence will be noted in writing.

E.  Free Mail.  An inmate whose Inmate Account has not exceeded five dollars ($5.00) for the past 90 days will be permitted to send two (2) free social letters each week, and five (5) letters per month addressed to the court or attorneys. Send a request to your assigned counselor.

F.  Certified Mail.  Requests for speedy trial under CGS Secs. 5482c, 5482m, and 5486 and correspondence with the Sentence Review Board will be sent certified. Other correspondence may be sent certified with the approval of the Warden.

G.  Privileged Correspondence to Inmate Legal Assistance.  All requests for envelopes for privileged correspondence with the Inmate Legal Assistance program must be made to your assigned counselor by written request. All correspondence with ILAP must be placed in the U.S. Mail box provided for your housing area. DOC will forward privileged correspondence with ILAP to the Inmate Legal Assistance Program.

This procedure is only authorized for privileged correspondence with the Inmate Legal Assistance Program Any attempt to use this procedure for any other purpose will result in disciplinary action. This includes any attempt to alter any envelope provided for this correspondence.

H.  Address.  All outgoing correspondence must have your full name, ID number and return address on it in order to be sent to the post office. Any outgoing correspondence that does not contain this information and a return address will not be mailed. Any such correspondence which cannot be identified and cannot be returned to you will be destroyed. Also, the U.S. Post office does not accept mail with drawings on the envelope. Envelopes with drawings on them will be rejected.

I.  Rejection.  Correspondence which contains or concerns: the transports of contraband in or out of the facility; plans to escape; plans for activities in violation of the facility or Department rules; plans for criminal activity; violation of the State Regulations on correspondence; material which reasonably could cause psychological or emotional injury to the inmate recipient as determined by mental health staff; information which creates a clear and present danger of violence and physical harm to a human being; things written in code; mail which attempts to forward correspondence to another inmate; threats to the safety or security of staff, other inmates or the public, facility order or discipline, or rehabilitation; sexually explicit materials involving sadomasochism, bestiality, children, use of force or absence of consent; any other correspondence which jeopardizes a legitimate penological interest, may be rejected, which means that it will not be delivered and that you may be subjected to disciplinary or criminal proceedings

  1.  If your outgoing mail is rejected, a notice of rejection including a statement of reasons will be sent to you  Rejection of outgoing mail may be appealed to the Warden within five (5) days of receipt of the notice of rejection.

  2.  If your incoming mail is rejected, a notice of rejection will be sent to you and the sender Rejection of incoming mail may be appealed to the Warden within ten (10) days of receipt of the notice of rejection.

13

SD005509

3. If the correspondence is material to criminal or disciplinary proceedings, the notice of rejection may be delayed pending completion of any investigation.    ·  ⸺

10.    **VISITING.** You may visit with approved visitors subject to security requirements and to the constraints of space availability and scheduling. [Reference: A.D., 10.6, Inmate Visits]
    *See Unit Posting for your visiting schedule.*

A. **Visiting List.** The Visiting List is a of list of (7) people who are authorized to visit you. No one will be admitted as a visitor who is not on your Visiting List, except as a Special Visit or Professional Visit [See Secs. E and H below]. An adult is a person eighteen (18) years or older.
    1. Admission. Upon admission you may submit to your assigned Counselor the names of up to seven (7) people you want on your Visiting List, including children. The Counselor will mailed a visiting application to the applicant for completion. Once the application is received by the Counselor the same will be process, informing the inmate in writing.
    2. Changes. Your initial visiting list must be completed within thirty (30) days of admission. You may change your visiting list every one-hundred and twenty (120) days by submitting to your Counselor the name and address of the people you want on your visiting list. The Counselor will then mail a visiting application to the applicant for completion. Once the application is received by the Counselor, the same will be process and the inmate will be inform in writing.

B. **Authorization.** Visiting applications are review and process by the Counselor. Visitors will ordinarily be approved, but a person may be denied visitation based on criminal history, threat of disruption, or violation of visiting or security regulations. According to Administrative Directive 10.6, Inmate Visits, part 4 sub-section A3, "a current or ex-offender shall be precluded from routine placement on an inmate's visiting list. However, a current or ex-offender may request permission to visit, in writing, through the facility administrator or designee""
    1. Temporary visiting list. Upon admission you may choose two (2) adult visitors from your immediate family to visit you. These names will remain on your visiting list pending the completion of a visiting application and processing of the same.
    2. Immediate Family. Immediate family includes your legal spouse, parent, grandparent, sibling, or child including a step/foster relationship.
    3. Limitations.
        a. No visitor, except immediate family members and members of authorized community groups, shall be on more than one (1) inmate's Visiting List.
        b. Visitation with the victim of any crime you have been charged with or convicted of is not permitted, except when approved in writing by the Warden. A Department employee will not be an authorized visitor unless the employee is an immediate family member.
    4. Children Must Be Accompanied. Any person under eighteen (18) years old must be accompanied by an adult on the inmate's Visiting List.
    5. Community Groups. Other persons such as community group representatives may be authorized to visit you. Request a special visit from your counselor.
    6. Inmates In Restrictive Housing. If you are assigned to restrictive housing, ask your Unit Counselor about procedures that apply to you. [Reference: A.D, 9.4, Restrictive Housing]
    7. Appeal. Visiting applications that are denied may be appealed to the Warden.

C. **Visitor Identification.** The visitor's identity will be verified through a photo identification prior to admission to the Visiting area. No visitor will be admitted without identification.

D. **Special Visit.** A Special Visit is a visit approved at the discretion of the Counselor Supervisor which allows exceptions to the authorized: (1) visitor list (2) number of visits (3) number of visitors (4) length of visit, and (5) visiting schedule. A request for a special visit must be submitted to your counselor sufficiently in advance of the visit to allow verification of the circumstances, except in the case of an emergency.

E. **Visiting Rules.**
    1. General Rules. The general rules apply to all visiting situations, unless other restrictions have been imposed.
        a. You are permitted to have one (1) visit each day that your unit is scheduled to visit.
        b. Your visit is limited to 1 hour.
        c. You are permitted to take only your inmate I.D., wedding band, and authorized religious medal/head gear into the Visiting Room.
        d. You are required to conduct your visit in a quiet, orderly and dignified manner.
        e. Neither cross visiting among inmates and other visiting parties nor socializing among visiting parties is permitted.

SD005510

14

2. Non-Contact Visiting. Non-contact visiting provides for the inmate and his visitor to be separated by a glass partition and to communicate by phone, which may be monitored.

   a. Number of Visitors. You are permitted to have one (1) visitor at a time, except that of a child who must be held and will not count as a visitor.

3. Visitor Conduct

   a. Attire. Your visitor must be dressed in reasonably modest attire. Revealing, seductive or offensive clothing may result in a visitor being denied access to or being removed from the visiting room.

   b. Order. Visits shall be conducted in a quiet, orderly and dignified manner. Staff supervising the visiting area may terminate any visit not complying with this directive or posted institutional rules.

   c. Children. Children shall be accompanied by an adult on the approved visitor list and remain under the supervision of the adult visitor.

F. Termination of Visit.

1. A visit may be terminated by the Visiting Room Officer if you, your visitor, or your children engage in behavior that disrupts the Visiting Room or that is in violation of facility rules; or, if you or any one of your visitors is evidently under the influence of drugs or alcohol.

2. Authorization of an approved visitor may be rescinded on a finding by the Warden that the conduct or actions of a visitor, or your conduct or actions with respect to a visitor, are detrimental to the order or security of the facility. Such a finding will be communicated in writing to you and your visitor.

3. Any person conveying or causing to be conveyed to an inmate any unauthorized articles including intoxicating liquors, drugs, firearms, explosives, or any device which may be used in an escape or attempted escape is subject to imprisonment for not more than five (5) years and a fine of not more than one-thousand dollars ($1,000) or both. [Reference C.G.S. Secs. 53a-174 and 53a-174a]

G. Professional Visits and Privileged Visits

1. Professional Visits are visits by a credentialed individual from the community e.g. law enforcement official, social worker specialist (not to include attorney or attorney representative), member of the clergy, etc. for an authorized purpose other than social visitation. Privileged Visits are visits by a judge, the Governor, Legislator, Attorney General, Board of Parole member/officer, Probation Officer, Sentence Review Board member, Commission on Human Rights and Opportunities member, State Claims Commissioner, Board of Pardon member, elected governmental official, correctional ombudsman, the inmate's attorney or attorney representative for an authorized purpose other than social visitation.

2. Professional and Privileged visitors are allowed to present the following single forms of ID:

   a. A legal firm's ID w/photo

   b. Federal, State or other governmental ID w/photo

   c. Connecticut Bar Association Photo ID

3. The visiting rooms for professional and privileged visits will be assigned first come, first served, unless a reservation has been made a day in advance of the visit.

H. Receipt of Property and Funds.

No inmate property or funds will be accepted by staff in connection with a visit.

11. TELEPHONES. Inmate use of the telephones is governed by Sate Regulations 18-81829 through 18-81-51, which are available in the Library. The information stated in this Handbook does not supersede or overrule those Regulations in any way, and is provided to guide the ordinary use of telephones authorized for inmates to use. [Reference: A.D. 10.7, Inmate Communications]

A. Collect call only telephones. Collect call only telephones are telephones on which only a collect call can be placed. A collect call is a call, which the person called, agrees to pay the charge. Collect call phones are located in all housing units.

B. Recording and Listening. Your telephone conversations are subject to being recorded and listened to. Conversations that violate State Regulations may be the basis of criminal or disciplinary action.

C. Termination. Any call may be terminated for the following reasons: violation of unit rules; illegal activity; exceeds time limit, misuse of equipment; threatening or disruptive behavior; unit emergency, interference with other valid penological interest.

D. Calls to Attorney. Under ordinary circumstances, a non-recorded, non-monitored collect call can be made to your attorney by making a written request to your counselor. The call will be placed by staff for verification, the attorney must agree to accept the charges, unless the attorney is a public defender. Staff will maintain observation of your outside of the listening range as circumstances permit. Calls will be limited to thirty (30)

SD005511

minutes, unless authorization for a longer period is granted. A request for an attorney call will be acted on by, the end of the next business day or at a time specified by the attorney.

E. Calls to state and federal public defenders shall be non-collect.

F. Phone Block. If you are unable to make a collect call because there is a phone block, staff will not permit use of a facility phone unless there is an emergency.

G. Emergency Calls. You may place an emergency call on a facility phone subject to approval by the Shift Commander or Counselor.

H. Telephone Regulations.

    1. Telephone calls are only permitted during the following periods: 9 a.m. - 10 pm.

    2. You must sign up to use the telephone. A Telephone List is available at the Officer's Station on a first come, first served basis. Each time slot is fifteen (15) minutes. Any call that is not on the Telephone List is an unauthorized call.

    3. Your time slot is for your use only; it cannot be transferred, traded or shared.

    4. You are not permitted to create or post a telephone list. .

    5. You are not permitted to make third party calls or calls to Department of Correction Officials. You are subject to disciplinary action, including loss of phone for abuse of phone regulations.

    6. Pin Number. You are not permitted to use another inmate's pin number under any circumstances.

12.   LAUNDRY. Your laundry procedures depend on where you are housed.

A. Entire Facility. Bedding and clothing will be exchanged weekly on the exchange day assigned to your Housing Unit. Ask the Housing Unit Officer for your schedule and any special instructions.

    1. If you are not present on your exchange day, place exchange items on the floor inside your cell and attach a note to the cell door to inform laundry staff.

13.   BARBER SERVICES. Barber services are provided on an as needed basis. Haircuts will be received by requesting them through your Unit Officer

14.   LIBRARY.
*See Unit Posting for Library Schedule*

A. The Library provides reading materials for check out. To check out a book or publication, address a Request to the School.

B. Access to Publications. State Regulations Sections 18-81-28 and 18-81-39 govern inmate access to publications, which are available in the Library. The information stated in this handbook does not supersede or override those regulations in any way, and is provided to inform you of the limitations on access to publications. [Reference: A.D. 10.7, Inmate Communications]

C. Ordering Publications

    1. All publications must be ordered through the Caseload Counselor. No order will be processed unless you have sufficient funds in your Inmate Account to cover the cost of the order.

    2. Orders will only be placed to a publisher, book club, or bookstore.

    3. A publication may be rejected if it adversely affects a valid penalogical interest. A statement of the criteria for evaluating publications and the post decision process is posted on the Library Bulletin Board.

    4. If a publication is rejected, you have a right of appeal to the Commissioner within fifteen (15) days of receipt of the notice of rejection.

    5. Incoming Publications and Materials. Requests for any local orders for books, magazines, newspapers, educational materials or periodicals shall be made through the counselor who shall determine that the inmate is able to pay for such material(s). If approved, a check or money order for payment shall be withdrawn from the inmate's account and included with the order. An inmate may order hardcover books in new condition only from a publisher, book club, or book store. Incoming publications will be set aside by the facility mail handler for review by the Publication Review Committee. No incoming publications will be sent directly to any inmate prior to review. The Publication Review Committee will meet once per week, or as often as necessary to review incoming publications. The Warden may reject the incoming materials, which adversely affect a valid penalogical interest.

Publications which may be rejected by the Warden include but are not limited to publications which meet one of the following criteria:

    (a) It depicts or describes methods of escape from correctional facilities

SD005512

weapons, ammunition, bombs or incendiary devices;

(b) It depicts, encourages, or describes methods of escape from correctional facilities, or contains blueprints, drawings or similar descriptions of the Department of Correction's facilities;

(c) It depicts or describes procedures for the brewing of alcoholic beverages, or the manufacture of drugs;

(d) It is written in code;

(e) It depicts, describes or encourages activities, which may lead to the use of physical violence or group disruption;

(f) It encourages or instructs in the commission of criminal activity; or

(g) It is sexually explicit material, which by its nature or content poses a threat to the security, good order, or discipline of the facility, or facilitates criminal activity.

The Publication Review Committee shall recommend to the Warden that sexually explicit material of the following types is to be excluded; (1) sadomasochistic; (2) bestiality; (3) involving children; or materials depicting sexual activity which involves use of force or without out the consent of one or more parties. When a publication is found unacceptable, the Warden shall promptly advise the inmate in writing of the decision and the reasons for it. The inmate shall be allowed to appeal to the Commissioner or designee within fifteen (15) days of receipt of the rejection letter.

15. **PHOTOCOPYING.** Photocopying for inmates shall be restricted to exhibits for the courts. Requests for exceptions shall require the Warden's approval. Inmates shall be charged (25) twenty-five cents per copy. The funds shall be deducted from your inmate account prior to providing the copies.

16. **NOTARY PUBLIC.** Services of a notary public are available. See your counselor. The function of a notary public is to verify that the signature that appears on the document is the signature of the person who is named in the document as the signatory. Some legal documents have to be notarized.

17. **RELEASE ON BOND.** The Warden of the facility is authorized to accept the bail of any inmate held in lieu of bond and release such inmate provided the sole basis of confinement is the bond, which is posted. [Reference:C.G.S. Sec. 54;53]

A. **Bondsman.** A list of licensed bondsmen (including their telephone numbers) that serve this area is available from your counselor.

18. **COURT TRIP.** A Court Trip is a trip from this facility to a state or federal court, and any return.

1. You must wear your own clothing unless you have none, in which case you will wear the State issue.

2. By 6:00 a.m., on the day of court, you must have your personal property packed, and your bed stripped These items will be taken by you to A&D. Any inmate failing to pack their property is subject to Disciplinary Action. In addition any property left behind is forfeited

3. You are permitted to take legal materials with you that pertain to the case at hand. These materials will be returned to you when you are in secure lock up at the court and, on the return, when you are back in the facility.

4. You will be subject to the use of restraints according to Department policy. [Reference: A.D. 6.4, Transportation of Inmates]

5. A court lunch will be provided.

6. You are not permitted to obtain or receive any item from any person while on a court trip.

20. **ORIENTATION.** On the business day following your admission to this facility, you will        be required to attend orientation sessions. The purpose of the session is to inform you of how the facility works, what your obligations are, and what programs and services are available. Counselors will answer any question you may have.

21. **PROPERTY LOSS.** If any of your property is lost or damaged you should use the Inmate Grievance Procedure to initiate recovery or compensation. If the IGP is not satisfactory and if you believe the State is responsible for the loss or damage, you may file a claim through the Commission on Claims. A claim must be filed within one (1) year of the knowledge of the loss or damage, but in no event more than three (3) years from the date of loss or damage. [Reference: A.D. 6.10, Inmate Property; C.G.S. Sec. 4-141, et. seq.]

1. To file a claim, fill out two (2) copies of the Property Claims Form.

2. Mail one (1) copy to the State Claims Commissioner with the filing fee (explained on the form). Mark the second form "COPY" and send it to the Warden.

SD005513

# PART III
## FACILITY PROGRAMS

1.  <u>GENERAL.</u>  A sentenced inmate will not be allowed to refuse or reject any programmatic, work or educational assignment.  Any refusal will subject the inmate to disciplinary action, and as a consequence of discipline the inmate will be placed on unassigned work status and will not be eligible for furlough. [Reference: A.D. 10.1, Inmate Assignment and Pay Plan]

2.  <u>EDUCATION.</u>  Educational programs in the Department of Correction are administered under the State of Connecticut, Unified School District No.1.  The educational programs at this facility are:
    A.  <u>ABE (Adult Basic Education).</u>  Provides training in basic academic skills in reading, mathematics, language arts, general science and social studies to achieve grade eight proficiency.
    B.  <u>GED (General Educational Development).</u>  Provides instruction in the above to achieve grade twelve proficiency based on the GED examination.
    C. <u>ESL (English as a Second Language).</u>  Helps students whose primary language is not English develop skills to speak, read, and write English.  Contact your counselor or the school principal for information.  Inmates under the age of 18 who do not have a high school diploma or GED are required to attend school.
    D. <u>Special Education.</u>  Central Office provides the Education Department with a list of inmates aged 16-20 who are at HCCC.  Contact is made to determine if any have a history of special education and/or an active individualized Education Plan.  If so, their public school is contacted and a copy of records is requested.  This information is then utilized to insure that the student receives appropriate educational services while incarcerated.

3.  <u>WORK ASSIGNMENT.</u>  Work assignments are made at the discretion of the Classification Committee as they become available.  If you are interested in a particular job, send a request to your assigned counselor.  Your counselor will review your eligibility to work.  If you are eligible you will be seen at Classification.

4.  <u>ADDICTION SERVICES.</u>  The following programs are available through Addiction Services.  Send a request to Addiction Services stating which program you are interested in:
    A. <u>12-Step Fellowship (AA, NA, and CA)</u>
    In the Main Building, these are on Monday, Tuesday, and Thursday evenings.  If you sign up, you are required to attend <u>ALL</u> 3 meetings per week.  If you are in good standing after two weeks of attendance, you may put your name on the waiting list for the Step Meeting on Wednesday evenings.
    In the dormitories, there is a meeting either Monday or Tuesday, depending on whether there is visiting or not.  You sign up at 6:00 p.m. the night of the meeting for that particular meeting.  No advance request is required.
    B. <u>Tier I Substance Abuse Education</u>
    A series of six educational groups over a two week period.  Attendance at all 6 groups, plus fellowship meetings is required in order to receive a certificate of completion.  Watch for the announcements in your housing unit to sign up.  Limited to 30 inmates per cycle.
    C. <u>Relapse Prevention Group</u>
    A series of eight groups which focus on relapse prevention strategies and issues.  Completion of Tier 1, plus fellowship attendance are required.  Limited to 20 inmates per cycle.
    D. <u>Recovery Treatment Group</u>
    Three times per week therapy group (runs indefinitely).  Open only to inmates who have completed the above programs and attend fellowship meetings.  Limited to eight inmates.
    E. <u>Substance Abuse Lecture Series</u>
    Weekly lectures (Tuesday mornings) on various topics related to substance abuse issues.  Watch for announcement/sign-up lists in your housing unit.  No special requirements to sign up
    F. <u>Veterans Substance Treatment Group</u>
    Weekly therapy group (Wednesday afternoons) open to US Military veterans.  Fellowship attendance required.  Send request to Addiction Services
    G. <u>Anger Management</u>
    Time limited group focusing on strategies related to anger management.  Group is run periodically.  Watch for announcement in your housing unit for the next series.
    H. <u>Quarterly Social Services Fair</u>

SD005514

18

Every three months, representatives from 15-20 Greater Hartford Social Services agencies come to Hartford Correctional Center to meet with inmates who will be discharging to the Greater Hartford area within the following three months. These agencies offer inpatient and outpatient drug and alcohol treatment, medical treatment, mental health, domestic violence, sex offender, and dental services, as well as food, shelter, and assistance. Watch for announcements in your housing unit for the next Fair.

5.    <u>HIV COUNSELING.</u> HIV Counseling provides information about Acquired Immune Deficiency Syndrome, AIDS. Counseling components include what AIDS is, how you get it, how you avoid getting it, what it means to be HIV positive, how to take care of yourself if you are HIV-positive, and help in dealing with your feelings. You may contact the HIV Counselor by addressing a sealed envelope to the "HIV Counselor". This is a confidential service. [Reference: A.D. 8.11, Human Immunodeficiency Virus Infection]

6.    <u>FURLOUGH.</u> The furlough program exists to allow certain inmates consistence with public safety and good correctional practices. To receive a furlough you must be eligible and approved by the Warden. The following criteria are required to be eligible for a furlough. There are several types of furloughs.
   A. The inmate must be classified as a Level 1 or 2.
   B. The inmate shall be free of Class A disciplinary infractions for 24 months, Class B disciplinary infraction within a 12 month period and a Class C within 6 months. An inmate found guilty of the Class A violation Assault on a Department of Correctional Employee, shall be ineligible for furloughs. Emergency, medical and terminal illness furloughs shall not be restricted by these criteria.
   C. The inmate must have a verified reason for the furlough and an approved residence/destination, transportation and sponsor.
   D. The inmate must have served a minimum of 30 days or forty percent (40%) of the estimated length confinement, whichever is greater. Emergency, medical terminal illness, reentry furloughs and community program furloughs to facilitate transfers to a community residence program shall not be restricted by these criteria.
   E. Any inmate returned from community supervision of any kind shall not be eligible for furlough until of the remaining period of incarceration has been served from the date of re-incarceration. An inmate's eligibility for furlough shall be based on the maximum release date or time Voted to Parole date and shall not be considered for furlough until resubmitted and approved under Section 8 (A).
   F. An inmate shall not be eligible for home visit, community program, reentry, emergency or terminal illness furloughs during the mandatory portion of a sentence for Driving While Intoxicated [C.G.S. 14-277 (a)] or driving under suspension offense that originally was related to Driving While Intoxicated (G.G.S. 14-215 (c)]
   G. Inmates who are incarcerated in a Level 5 facility shall not be eligible for furlough.
   H. Inmates who are or have ever been incarcerated for conviction of a Level 4 offense shall not be eligible for a furlough, until voted to parole, or within 12 months of discharge.
   I. Pretrial inmates and sentenced inmates with cases pending for which bond has not been posted shall be ineligible for all furloughs except medical, terminal illness and emergency furloughs. The state's attorney assigned to the court in which the inmate has pending charges must be notified and approve the furlough prior to authorization.
   J. No inmate shall be entitled to participation in the furlough and the conditions imposed on each furlough shall be consistent with this Directive and otherwise within the authority of the Unit Administrator. Approval for a furlough carries no implied consent for subsequent furloughs.

7.    <u>COMMUNITY RELEASE.</u> Community Release is a community residence program that allows an inmate to serve his sentence under supervision while residing in the community. There are several different Community Release programs. Inmates are evaluated on their risk to public welfare, their needs, and their overall performance.
*To participate in Community Release you must be eligible. For information about Community Release contact your counselor. [Reference: C.G.S. Sec. 18-100, et seq.]*

19

# PART IV
## OUTSIDE SERVICES AND PROGRAMS

1.  <u>PAROLE.</u>  Parole is release from incarceration to supervision in the community before the expiration of an inmate's sentence. The Board of Parole, a State agency that is separate from the Department of Correction, makes parole decisions based on the Board's determination (1) of whether there is a reasonable probability that the inmate will live and   remain at liberty without violating the law, and (2) that such release is not incompatible with the welfare of society. For information, contact your counselor. [Reference: C.G.S. Sec. 54-124, et. seq.]
    An inmate's parole eligibility could be after serving 50% or 85% of his sentence to be determined by the Parole Board. It should also state that if the Parole Board notifies you that you must serve 85% of your sentence then the parole eligibility date shown on your time sheet may be incorrect. For information see your unit counselor. [Reference C.G.S. 54-125a-5]

2.  <u>SENTENCE REVIEW.</u>  Sentence Review is the review by a panel of judges of an inmate's sentence that is three (3) years or more, except that sentences resulting from a plea bargain will not be reviewed. Application for Sentence Review must be filed within 30 days of the date the sentence was imposed. Contact your attorney to submit the application. [Reference: C.G.S. Sec. 51-94]

3.  <u>PARDON.</u>  A pardon is an act of grace that releases an inmate from the full consequence of a sentence. The Board of Pardons meets twice a year to consider applications from inmates for a pardon. For information, contact your counselor. [Reference: C.G.S. Sec. 18a24a, et.seq.]

4.  <u>INMATE LEGAL ASSISTANCE.</u>  The Inmate Legal Assistance Program provides legal assistance to inmates and inmate access to the civil judicial system. Such legal assistance includes identifying, articulating, and researching legal claims and enabling inmates to have access to the judicial system through advice, counsel and physical preparation of meaningful legal papers such as writs, complaints, motions and memorandum of law for claims having legal merit. The meaningful papers referred to shall be limited to those which are needed to give inmates a reasonably adequate opportunity to present, among other claims, claimed violations of fundamental constitutional rights to the courts, either as a plaintiff seeking judicial relief for as a defendant opposing such relief. Access to the court does not include representation before the court or the filing of an appearance in a civil case. Privileged correspondence for the Inmate Legal Assistance Program must be addressed to: Inmate Legal Assistance Program, P.O. Box 260237, Hartford, CT 06126-0237. <u>Privileged Correspondence to Inmate Legal Assistance.</u> All requests for envelopes for privileged correspondence with the Inmate Legal Assistance Program must be made to your assigned counselor by written request. The counselor will provide an unfranked envelope addressed to the Inmate Legal Assistance Program. All correspondence with ILAP must be placed in the U.S. Mail box provided for your housing area. DOC will forward privileged correspondence with ILAP to the Inmate Legal Assistance Program. This procedure is only authorized for privileged correspondence with the Inmate Legal Assistance Program. Any attempt to use this procedure for any other purpose will result in disciplinary action. This includes any attempt to alter any envelope provided for this correspondence.

5.  <u>CORRECTIONAL OMBUDSMAN.</u>  The Connecticut Correctional Ombudsman addresses inmate complaints that the Department of Correction has treated the inmate unjustly or unfairly. The Ombudsman is a private, non-profit agency that is independent of the Department. You may contact the Ombudsman by writing to Ombudsman, P.O. Box 340235, Hartford, CT 06134-0235, or by sending a request through Department mail.

6.  <u>SPEEDY TRIAL.</u>  Speedy trial is a petition from an inmate to the court having jurisdiction to initiate proceedings to dispose untried charges. There are three types of speedy trial that affect inmates in custody; (1) an inmate in custody solely because of charges pending in this state [C.G.S. Sec. 54.82m]; (2) an inmate under sentence with untried charges pending in this state [C.G.S. Sec. 54.82c]  (3) an inmate under sentence with untried charges pending in another state [C.G.S. Sec. 54.186 Article III]. To apply for a speedy trial under C.G.S Sec 54.82m, contact your attorney. To apply for other speedy trials, send a request

SD005516

to confirm that your request is being processed.

7.    FAMILIES IN CRISIS.  Families in Crisis is a private, non-profit organization providing support services to inmates and their families to address problems caused by incarceration of the spouse.  For information, contact your counselor or write to: Families in Crisis, 30 Arbor Street, North Wing, Hartford, CT 06106.

8.    CLERGY VISITS.  Inmates are permitted to have special visits from their own clergymen upon approval.  For more information contact the facility Religious Coordinator.

9.    SOCIAL SECURITY.  Inmates may have social security entitlement such as old age or disability pension.  For Social Security information contact: Department of Health and Human Services, Social Security Administration, 450 Main Street, Hartford, CT  06103,

# APPENDIX A

PROPERTY MATRIX:

The Property Matrix presented herein is based on the Property Matrix in Administrative Directive 6.10, Inmate Property that applies to this facility.  The Property Matrix in Administrative Directive 6.10 overrides any information here that may be incomplete or to the contrary.

1. Quantity.  The matrix in Section 3 below lists the authorized property for this facility.  You are permitted to have in your possession the items listed in the matrix in the quantity indicated (the number in the matrix).  Where your quantities are separated by a slash mark (/) the first figure is the maximum amount permitted.  The second figure is minimum amount required; the item must be supplied by the facility to reach the minimum.

2. Matrix Codes.  The letter codes in this section are used in the matrix in Section 3 to explain the conditions that apply to the specific property item.
    A.  Commissary purchase only
    B.  Must be itemized on the running inventory
    C.  Only if specified approved by facility
    D.  Items which shall be permanently marked
    E.  Access only; not in an inmate's possession
    F.  State issue only

3. Matrix.  The column headings in the matrix mean General Population and Restrictive Housing.  Restrictive Housing includes Punitive Segregation, Administrative Detention and Transfer Detention.

| ITEM | General Population | RHU |
|---|---|---|
| Shirt* | 3BDF | |
| Jeans* | 2BDF | |
| Jumpsuit | 2BDF | 1F |
| (opt. instead of shirt/jeans in P/POP)* | | |
| Suit/Sportcoat* | 1BE | |
| Sweater (solid color)* | 1BD | |

*Item must be stored in a drawer or locker when not in use; item is subject to the total volume limitation

PROPERTY MATRIX: PRE-TRIAL.

| ITEM | General Population | RHU |
|---|---|---|
| Coat | 1BE/1BCD | |
| Rainwear | 1ABCD | |

21

SD005517

| Item | | |
|---|---|---|
| Belt standard buckle* | 1BD | |
| Baseball Cap* | 2ABC | |
| Kufti (solid color)* | 2AB | 1AB |
| Gloves (pair)* | 1CF | |
| Shoes/Boots | 1BD | |
| Sneakers | 1/1BD | 1/1BD |
| Handkerchiefs (white only)* | 4a | |
| T-Shirts | 6/2B | 3/2B |
| (solid color, strap/V-neck or regular)* | | |
| Thermal Underwear | 2BD | 1BD |
| (top and bottom)* | | |
| Socks* | 5/3B | 2/2B |
| Sweatshirts (solid color)* | 2/1BD | 1/1BD |
| Sweatpants (solid color)* | 2/2BD | |
| Gym Shorts* | 2/ABD | |
| Athletic Supporter* | 1A | |
| Pajamas* | 1BD | |
| Bathrobe* | 1BD | |
| Slippers | 1BD | |
| Shower Thongs | 1B | 1B |
| Wash Cloth | 2AB | 1AB |
| Towel | 2ABD/2BD | 2ABD/2BD |
| Television 13" | 1ABCD | |
| (headset required) | | |
| Radio (8" x 5" x 3" or less) | 1ABD | |
| (headset required) | | |
| Cassette Player | 1ABD | |
| (6" x 4" x 2" or less) (headset required) | | |
| Fan 12" w/plastic blades | 1ABCD | |
| Cassette Tapes* | 10B | |
| Adapter Jack | 1AC | |
| Appliance Converter | 1AC | |
| Batteries | AC | |
| Extension Cord (max 9') | 1ABC | |
| Electric Razor | 1ABD | |

## PROPERTY MATRIX: PRE-TRIAL

| ITEM | General Population | R/H |
|---|---|---|
| Address Book | 1B | |
| Photo Album | 1B | |
| (2" or less/non-metal) | | |
| Padlock | 2AC | |
| Prescription Eye Glasses | 2B | 1B |
| Watch | 1B | |
| Wedding Ring | 1B | 1B |
| Religious Jewelry | 1B | 1B |
| Drinking Cup | 1A | 1A |
| Clock (wind-up) | 1ABCD | |
| Small Musical Instrument | 1BCD | |
| Prayer Rug | 1BD | 1BD |
| Underpants | 6/3B | 3/2B |
| (boxers or briefs)* | | |
| Do Rag | 1A | |

*Item must be stored in a drawer or locker when not in use; item is subject to the total volume limitation

SD005518

## APPENDIX B

Connecticut Department of Correction
INMATE GRIEVANCE PROCEDURE
Inmate Summary

>What is the Inmate Grievance Procedure (IGP)? (Reference A.D. 9.6)

The Inmate Grievance Procedure (IGP) provides inmates with the means to address their grievances about the Department of Correction to senior Department officials. Matters that are grievable, and those that are not grievable, are printed on the back. The complete procedures are contained in Administrative Directive 9.6, Inmate Grievances. Refer to it if you have any questions, or ask the Grievance Coordinator for a copy.

>When Can You Use The Inmate Grievance Procedure? (Section 9)

If you have a problem, first try to resolve it by contacting your immediate supervisor or your counselor. If the problem can't be solved that way or you need a written response, use the Inmate Request System by sending a completed Inmate Request Form to the person (except the Unit Administrator) who can solve the problem. If that doesn't work, you can use the Inmate Grievance Procedure. Remember that you must try the Inmate Request System prior to using the Inmate Grievance Procedure.

>How Does The Inmate Grievance Procedure Work? (Sections 9 and 10)

If your concern is grievable and you've tried the Inmate Request System without results, here's what to do:

1. Obtain a grievance form. If not readily available, contact the Grievance Coordinator.
2. Fill out the grievance form. The grievance must be filed within 30 days of the cause.
3. State your grievance clearly and simply and state what action would resolve your grievance.
4. Attach the completed Inmate Request Form.
5. Deposit your grievance in the Inmate Grievance Procedure box.
6. If you need help, ask a staff member for assistance.

>What Happens Next?    (Sections 7, 9, 10, and 11)

The Grievance Coordinator will collect the grievance from the box and determine if the subject of your grievance is grievable. If it is not, the grievance will be rejected. If the matter is grievable, it will be investigated to determine if your grievance should be denied, upheld, or if it can be resolved by mutual agreement. In any case, the Unit Administrator will notify you of the decision. The Unit Administrator has 30 days to respond from the time the grievance is received. If a remedy is justified, it will be a meaningful remedy.

>What If You're Not Satisfied?    (Sections 11, 12, 13, 15, 16, and 17)

The Unit Administrator is the Level 1 Review. If the grievance is rejected or denied at Level 1, you can appeal to Level 2. You have 5 days to appeal. Instructions for how to appeal are contained on the grievance form. There are a total of 3 levels. Not all grievances can be appealed to Level 3. Refer to the Inmate Grievance Procedure for the complete procedures about the levels and appeals.

>What About A Health Services Grievance? (Section 13)

If you have a grievance about health services, clearly mark it Health Services and deposit it in the Inmate Grievance Procedure/Health Services box. The Health Services Grievance Coordinator will pick up the grievance and it will be processed through the Health Services chain of command

>What If It's An Emergency?    (Section 18)

First, determine if it's really an emergency. The Inmate Grievance Procedure defines "emergency grievance" as a grievance processed by expedited methods to resolve an issue which presents: (1) a threat of death or injury; (2) a threat of disruption of facility operations; or (3) a need for prompt disposition because the time is lapsing when meaningful

SD005519

action or decision is possible." There are special rules for emergency grievances. Try to resolve the problem just as you would a regular grievance. If you can't get it resolved, you may file an emergency grievance. Use the Grievance Form. Mark it "Emergency" and give it to a staff member. Tell the staff member it's an emergency grievance. The response to an emergency grievance will be prompt 8 hours for a verbal response at Level 1. If you file an emergency grievance that is not in fact an emergency, it will be rejected. Check the Inmate Grievance Procedure for full details.

>Reprisal   (Section 22)

No inmate shall suffer negative consequences such as denial or limitation of access to any privilege, service or program either formally or informally for use of the Inmate Grievance Procedure, except that access to the Grievance Procedure for abuse or non-compliance may be limited.

>Abuse   (Section 19)

Don't abuse the Grievance Procedure. If you do, your use of the Procedure may be limited. The Inmate Grievance Procedure lists the acts of abuse.

>What Can Be Grieved?   (Section 6)

This is a reprint of grievable and non-grievable matters from the Inmate Grievance Procedure (Administrative Directive 9.6, Inmate Grievances)

| Grievable, | The following matters are grievable: |
|---|---|
| 1. | The interpretation and application of policies, rules and procedures of the unit, division and Department. |
| 2. | The existence or substance of policies, rules and procedures of the unit, division and Department. |
| 3. | Individual employee and inmate actions including any denial of access of inmates to the Grievance Procedure other than as provided herein. |
| 4. | Formal or informal reprisal for use of or participation in the Grievance Procedure. |
| 5. | Any other matter relating to access to privileges, programs and services, conditions of care or supervision and living unit conditions within the authority of the Department of Correction, except as noted herein. |
| 6. | Property loss or damage. |

| Non-Grievable, | The following matters are not grievable. |
|---|---|
| 1. | State and federal laws and regulations. |
| 2. | State and federal court decisions. |
| 3. | Actions pursuant to the Code of Penal Discipline, which are appealable through the disciplinary procedure provided in Administrative Directive 9.5, Code of Penal Discipline. |
| 4. | Classification decisions, which are appealable through the classification procedure provided in Administrative Directive 9.2, Inmate Classification. |
| 5. | The individual designation of an inmate as a Security Risk Group Member or a Security Risk Group Safety Threat Member in accordance with Administrative Directive 6.14, Security Risk Groups. |
| 6. | Health Services diagnosis or treatment decisions which are appealable through a Health Services appeal process. |
| 7. | Matters beyond the control of the Department, including parole decisions. |

INDEX

Symbols

7 DAY JOB CREDIT.............................................................SEE SENTENCE COMPUTATION

ADDRESSING STAFF..................................................................................5
APPEAL OF A CLASSIFICATION DECISION...........................SEE FACILITY SERVICE

SD005520

BULK STORAGE..................................................................SEE FACILITY OPERATING PROCEDURES

**C**
CLASSIFICATION..........................................................................SEE FACILITY SERVICES
CLOTHING/ACCESSORY REGULATIONS.................................SEE FACILITY OPERATING PROCEDURES
CONTRABAND..................................................................SEE FACILITY OPERATING PROCEDURES
COUNSELORS...................................................................SEE FACILITY OPERATING PROCEDURES
COUNT.............................................................................SEE FACILITY OPERATING PROCEDURES

**D**
DINING AREA....................................................................SEE FACILITY OPERATING PROCEDURES
DISCIPLINARY ACTION/CODE OF PENAL DISCIPLINE.............SEE FACILITY OPERATING PROCEDURES
DISCIPLINE.......................................................................SEE FACILITY OPERATING PROCEDURES

**F**
FACILITY OPERATING  PROCEDURES................4-9.............SEE FACILITY OPERATING PROCEDURES
FACILITY SERVICES..................................9-18.........................SEE FACILITY SERVICES
FIRE SAFETY....................................................................SEE FACILITY OPERATING PROCEDURES

**H**
HOUSING ASSIGNMENT......................................................SEE FACILITY OPERATING PROCEDURES
HOUSING RULES...............................................................SEE FACILITY OPERATING PROCEDURES

**I**
IDENTIFICATION CARD.......................................................SEE FACILITY OPERATING PROCEDURES
INFORMATION, PROBLEM SOLVING, REQUEST SYSTEM...............SEE FACILITY OPERATING PROCEDURES

**J**
JAIL CREDIT GOOD TIME...................................................see SENTENCE COMPUTATION

**M**
MASTER FILE....................................................................SEE FACILITY SERVICES
MOVEMENT AND CORRIDOR REGULATIONS..........................SEE FACILITY OPERATING PROCEDURES

**O**
OMGT..............................................................................SEE SENTENCE COMPUTATION

**P**
PASS SYSTEM...................................................................SEE FACILITY OPERATING PROCEDURES
PERSONAL CONDUCT.........................................................SEE FACILITY OPERATING PROCEDURES
PERSONAL HYGIENE..........................................................SEE FACILITY OPERATING PROCEDURES
PERSONAL SAFETY............................................................SEE FACILITY OPERATING PROCEDURES
PRESENTENCE CREDIT (JAIL CREDIT)..................................SEE SENTENCE COMPUTATION

**R**
RULES AND REGULATIONS..................................................SEE FACILITY OPERATING PROCEDURES

**S**
SECURITY RISK GROUPS/GANGS.........................................SEE FACILITY OPERATING PROCEDURES
SENTENCE COMPUTATION..................................................SEE ALSO FACILITY SERVICES

**T**
TRANSFER........................................................................SEE FACILITY SERVICES

**U**
UNAUTHORIZED PROPERTY.................................................SEE FACILITY OPERATING PROCEDURES
UNCLAIMED PROPERTY......................................................SEE FACILITY OPERATING PROCEDURES

**V**
VALUABLES.......................................................................SEE FACILITY OPERATING PROCEDURES
VISITING, RECREATION AND OTHER ACTIVITIES..........................SEE FACILITY OPERATING PROCEDURES

**W**
WORK/SCHOOL RULES.......................................................SEE FACILITY OPERATING PROCEDURES

SD005521

# HELP STOP THE SPREAD of AIDS

## What is AIDS... What causes it ???

Acquired Immune Deficiency Syndrome

Human Immunodeficiency Virus

## How does the HIV germ get into your body?

## What are the signs of AIDS?

## How not to let the HIV germ into your body

## There is help

## If You Have Been Infected

### Don't Panic.

### Take Care of Yourself

# EVITA LA PROPAGACION

## Que es SIDA? Y Que lo causa?

## Como el germen llamado HIV entra a su cuerpo?

## Que son las señales del SIDA?

## Que puede hacer para que el germen HIV no entre a su sangre?

### Si hay ayuda

### Si estas infectado

### Cuidese

SD005523

# DENTAL HEALTH CARE SERVICES



HARTFORD CORRECTIONAL CENTER

177 WESTON STREET
HARTFORD, CT 06120

1/03

## DENTAL EDUCATION

### Brushing Basics:

Your teeth are covered with a sticky film of germs, called plaque. It is the main cause of tooth decay and gum disease. Thorough brushing helps remove plaque and food particles from the tooth surfaces. While there are several different tooth-brushing methods you can use, be sure to brush twice a day.

### Tips for Good Brushing:

1. Place your toothbrush at a 45-degree angle against the gums.

2. Move the brush back and forth gently in short (tooth-wide) strokes.

3. Brush the outer tooth surfaces, the inner tooth surfaces, and the chewing surfaces of the teeth. Use the "toe" of the brush to clean the inside surface of the front teeth, using a gentle up-and down stroke.

4. Brush your tongue to remove bacteria and freshen your breath.

Remember that worn-out toothbrushes cannot clean your teeth well and may injure your gums. Usually toothbrushes need to be replaced every 3 to 4 months, or sooner if the bristles become worn or frayed.

Should you need dental care complete an "Inmate Request" Form and drop it into any of the locked White Boxes with the Red Cross located throughout Hartford CCC.

SD005524

# SERVICIOS PARA EL CUIDO DE LA SALUD DENTAL



HARTFORD CORRECTIONAL CENTER

177 Weston Street
Hartford, CT 06120

## EDUCACIÓN DENTAL

### CONCEPTO BÁSICO: CEPILLARSE

La película pegajosa de gérmenes que cubre los dientes y las muelas se llama placa. Esta película causa caries dentales y enfermedades de las encías. El cepillarse cuidadosamente ayuda a eliminar la placa dental y partículas de comida entre los dientes y las muelas. Debe cepillarse al menos dos veces al día.

### CONSEJOS PARA CEPILLARSE BIÉN

1. Incline el cepillo 45 grados contra la encía.

2. Con delicadeza mueva el cepillo hacia el frente y hacia atrás cepillando una pieza dental a la vez.

3. Cepille todas las superficies de su dentadura. Con las celdas del frente del cepillo, limpie detrás de los dientes anteriores. Utilize movimientos ligeros hacia arriba y hacia abajo.

4. Cepille la lengua para remover bacterias y refrescar el aliento.

Recuerde que cepillos en uso por mucho tiempo no pueden limpiar bién y pueden causar daño a las encías. Usualmente debe reponer el cepillo cada 3 o 4 meses o antes si las celdas están desgastadas o están comenzando a deshilacharse.

Si necesita tratamiento dental, liene el formulario *"INMATE REQUEST"* y deposítelo en cualquiera de las Cajas Blancas con la Cruz Roja localizadas por toda la institución.

SD005525