UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI, <br>     *Plaintiff*, <br><br> v. <br><br><br> DEPARTMENT OF HOMELAND <br> SECURITY, ET AL., <br>     *Defendants*. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br> 3:07-cv-01074-JCH <br><br><br><br><br> October 7, 2010 |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiff Rashad Ahmad Refaat El Badrawi hereby moves for an extension of time of 10 days to Thursday, November 4, 2010 to file his response to State Defendants' motion for summary judgment. Plaintiff's response is presently due Friday, October 25, 2010, as per the order by this Court on August 31, 2010 granting State Defendants' 11-day motion for extension of time. ECF No. 349. A revised schedule would provide for State Defendants' reply to Plaintiff's response brief to be due on December 6, 2010, the same date by which Plaintiff's federal reply brief is due.

Plaintiff needs more time in order to fully respond to the issues presented in State Defendants' Memorandum in Support of Summary Judgment. An extension would not result in any overall delays in this case. Plaintiff does not intend to file a cross-motion for summary judgment as to the State Defendants. Therefore, briefing on all dispositive motions and cross-motions would be completed by December 6, 2010, as is the case

under the existing scheduling order. State Defendants' counsel consents to this extension of time.

Respectfully Submitted,

BY: _____/s/_____
Michael J. Wishnie, Fed. Bar No. ct27221
Hope Metcalf, Fed. Bar No. ct27184
Pouneh Aravand, Law Student Intern
Bonnie Doyle, Law Student Intern
Alex Iftimie, Law Student Intern
Stephen Poellot, Law Student Intern
Sasha Post, Law Student Intern
Saurabh Sanghvi, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 0650-9090

Sameer Ahmed, Fed. Bar No. phv03980
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
Phone: (212) 966-5932 -EXT 220

*Counsel for Plaintiff*

# CERTIFICATION

I hereby certify that on October 7, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted,

BY: _____/s/_____
Michael J. Wishnie, Fed. Bar No. ct27221
Hope Metcalf, Fed. Bar No. ct27184
Pouneh Aravand, Law Student Intern
Bonnie Doyle, Law Student Intern
Alex Iftimie, Law Student Intern
Stephen Poellot, Law Student Intern
Sasha Post, Law Student Intern
Saurabh Sanghvi, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 0650-9090

Sameer Ahmed, Fed. Bar No. phv03980
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
Phone: (212) 966-5932 -EXT 220

*Counsel for Plaintiff*