UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI, | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | 3:07-cv-01074-JCH |
| | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY, ET AL., | ) | |
| *Defendants*. | ) | October 12, 2010 |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE BRIEF
IN EXCESS OF FORTY PAGES**

Pursuant to Local Rule 7(a), Plaintiff Rashad El Badrawi moves for leave to file a single Memorandum of Law in excess of forty-pages that responds to the United States' Memorandum of Law in Support of Motion for Summary Judgment and supports Plaintiff's Cross-Motion for Summary Judgment. Plaintiff makes this request in order fully to address the arguments that the United States makes in support of its Motion for Summary Judgment as well as to present arguments in support of Plaintiff's separate Cross-Motion for Summary Judgment as to liability on both claims against the United States. Plaintiff respectfully requests leave to file a brief of no more than 60 pages. The United States consents to this request.

Respectfully Submitted,

BY: _____/s/_____
Michael J. Wishnie, Fed. Bar No. ct27221
Hope Metcalf, Fed. Bar No. ct27184
Pouneh Aravand, Law Student Intern
Bonnie Doyle, Law Student Intern
Alex Iftimie, Law Student Intern
Stephen Poellot, Law Student Intern
Sasha Post, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 0650-9090

Sameer Ahmed, Fed. Bar No. phv03980
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
Phone: (212) 966-5932 -EXT 220
*Counsel for Plaintiff*

## CERTIFICATION

I hereby certify that on October 12, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY: ____/s/_____
Michael J. Wishnie, Fed. Bar No. ct27221
Hope Metcalf, Fed. Bar No. ct27184
Pouneh Aravand, Law Student Intern
Bonnie Doyle, Law Student Intern
Alex Iftimie, Law Student Intern
Stephen Poellot, Law Student Intern
Sasha Post, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 0650-9090

Sameer Ahmed, Fed. Bar No. phv03980
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
Phone: (212) 966-5932 -EXT 220
*Counsel for Plaintiff*