UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RASHAD AHMAD REFAAT EL BADRAWI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:07-cv-01074 (JCH) |
| | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) ) | |
| | ) | December 6, 2010 |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

### PLAINTIFF'S NOTICE OF MANUAL FILING OF DOCUMENTS

Please take notice that Plaintiff Rashad El Badrawi has manually filed Plaintiff's Reply in Support of Cross-Motion for Summary Judgment and Motion to Strike because it contains reference to material produced to Plaintiff under this Court's Standing Protective Order, DKT. #139, or Modification of Protective Order, DKT. #159:

Plaintiff files this document under seal to prevent disclosure of information produced by the United States to Plaintiff under this Court's Standing Protective Order, Doc. 139, and Modification of Protective Order, DKT. #159. Plaintiff's counsel contacted counsel of record for United States, Brant Levine, by email on Thursday, December 2, 2010. Attorney Levine confirmed that Plaintiff has standing consent from the United States to file under seal any documents produced under either of the protective orders, and any documents referring to such protected documents.

Respectfully Submitted,

1

BY: /s/ Michael Wishnie
Michael J. Wishnie, Fed. Bar No. ct27221
Hope Metcalf, Fed. Bar No. ct27184
Pouneh Aravand, Law Student Intern
Bonnie Doyle, Law Student Intern
Alex Iftimie, Law Student Intern
Stephen Poellot, Law Student Intern
Sasha Post, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090

Sameer Ahmed, Fed. Bar No. phv03980
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
Phone: (212) 966-5932 -EXT 220

*Counsel for Plaintiff*

## **CERTIFICATION**

I hereby certify that on December 6, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

BY: :  /s/   Michael Wishnie_____
Michael J. Wishnie, Fed. Bar No. ct27221
Hope Metcalf, Fed. Bar No. ct27184
Pouneh Aravand, Law Student Intern
Bonnie Doyle, Law Student Intern
Alex Iftimie, Law Student Intern
Stephen Poellot, Law Student Intern
Sasha Post, Law Student Intern
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090

Sameer Ahmed, Fed. Bar No. phv03980
ASIAN AMERICAN LEGAL DEFENSE
AND EDUCATION FUND
99 Hudson Street
New York, NY 10013
Phone: (212) 966-5932 -EXT 220

*Counsel for Plaintiff*